In the Matter of the Claim of HELEN MANDEL, Appellant, against LANE LIFE-BOAT & DAVIT CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.  [See 280 App. Div. 904.]